FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ACTIVE CONSTRUCTION, INC., a Washington corporation,

Plaintiff,

v.

CITY OF EAST WENATCHEE, a Washington municipal entity; and PSOMAS, INC., a California corporation,

Defendants.

No. 2:26-CV-00300-ACE

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO REMAND

**ECF Nos. 8 & 5**

**BEFORE THE COURT** is the parties' stipulated motion to remand Plaintiff's case to the state court. ECF No. 8. Attorneys Klein Hilliard and Scott D. MacDonald represent Plaintiff; Defendant City of East Wenatchee is represented by Lee Lewis; and Defendant Psomas, Inc., is represented by David A. Timchak and Frank S. Harrison.

The Court, having reviewed the record and finding good cause therefor, **HEREBY ORDERS as follows**:

1. The parties' stipulated motion to remand, **ECF No. 8**, is **GRANTED**.

2. Plaintiff's case is **REMANDED** to the Douglas County Superior Court. No attorney's fees or costs shall be awarded to any party.

3. Given the remand to state court, Defendant Psomas, Inc.'s pending motion to dismiss, **ECF No. 5**, shall not be addressed by this Court and is therefore **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, **REMAND** this case to the Douglas County Superior Court, and **CLOSE THE FILE**.

DATED August 24, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE